IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| NADINE ADELE,<br><br>    Appellant Below,<br>    Appellant,<br><br>    v.<br><br>PATRICK T. CLIFTON, RENEE<br>M. CLIFTON, and KURT D.<br>MAJKA,<br><br>    Appellees Below,<br>    Appellees. | §<br>§ No. 264, 2024<br>§<br>§ Court Below—Superior Court<br>§ of the State of Delaware<br>§<br>§ C.A. No. K23A-05-007<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Submitted: December 27, 2024
Decided: March 5, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record below, the Court concluded that the judgment should be affirmed on the basis of and for the reasons assigned by the Superior Court in its June 10, 2024 opinion affirming the Court of Common Pleas' dismissal of the appellant's case for her failure to appear at trial.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice